IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    8:19-PO-63 (CFH) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **ASHISH PATEL,** | ) | Violation:    8 U.S.C. § 1325 |
| | ) |     [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    Franklin |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
[**Improper Entry by Alien**]

On or about December 7, 2018, in Franklin County in the Northern District of New York, the defendant, **ASHISH PATEL**, a native and citizen of India, eluded examination and inspection by immigration officers as he entered the United States in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: April 5, 2019                  GRANT C. JAQUITH
                                      United States Attorney

                        By:    */s Katherine Kopita*
                                      Katherine Kopita
                                      Assistant United States Attorney
                                      Bar Roll No. 517944